IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

Case Number: 08-CV-61411-MOORE-TORRES

PATTIE DEBOSE, on behalf of herself and
others similarly situated,

    Plaintiff,

vs.

BROWARD HEALTH, f/k/a NORTH
BROWARD HOSPITAL DISTRICT,

    Defendant.

### DEFENDANT NORTH BROWARD HOSPITAL DISTRICT d/b/a BROWARD HEALTH'S MOTION TO STRIKE WITNESSES FROM PLAINTIFFS' TRIAL WITNESS LIST AND INCORPORATED MEMORANDUM OF LAW

Defendant NORTH BROWARD HOSPITAL DISTRICT d/b/a BROWARD HEALTH ("Broward Health"), by and through its undersigned counsel, and pursuant to Federal Rules of Civil Procedure 26 and 37 and Local Rule 26.1, hereby moves to strike four (4) witnesses from Plaintiffs' Trial Witness List, and as grounds states as follows:

    **I.**    **MOTION TO STRIKE**

On May 11, 2009, Plaintiffs filed Plaintiffs' Trial Witness List, (D.E. 37-2), identifying twenty-three (23) witnesses Plaintiffs are likely to call and twenty-two (22) witnesses Plaintiffs may call if the need arises. Four of the witnesses identified as witnesses Plaintiffs are likely to call *have not previously been disclosed to Defendant*. These witnesses are: Roman Volynsky, Pierre Roc, Thomas DeGraaf and Lorna Cummings. These witnesses were *not* previously identified in Plaintiffs' Complaint, Initial Disclosures, Statements of Claim, Supplemental Statements of Claim or any of Plaintiffs' Answers to Broward Health's First Set of Interrogatories. The identity of these

Case Number: 08-CV-61411-MOORE-TORRES

witnesses should have been disclosed in Plaintiffs' Initial Disclosures and in response to Broward Health's First Set of Interrogatories.

Pursuant to this Court's Paperless Order Scheduling Trial (D.E. 19), the trial in this matter is currently set for the two week trial docket commencing on May 26, 2009. Plaintiffs' surprise disclose of four witnesses, whose knowledge of the issues and facts in this matter is unknown to Broward Health, on the eve of trial will severely hinder Broward Health's ability to properly defend this action.  Discovery is closed in this matter and there is little to no time before trial to depose these witnesses.

In light of Plaintiffs' *untimely disclosure of four (4) witnesses Plaintiff intends to call at trial*, Broward Health respectfully requests entry of an Order striking these witnesses from Plaintiffs' Trial Witness List.  This Motion is brought in good faith and not for the purpose of undue delay.

## II.   MEMORANDUM OF LAW

Federal Rule of Civil Procedure 37(c)(1) provides:

> If a party fails to . . . identify a witness . . . as required by Rule 26(a) or (e), the party is not allowed to use that . . . witness to supply evidence on a motion, at a hearing, or at trial, unless the failure was substantially justified or is harmless.

Failure to timely supplement a disclosure or discovery response is the equivalent of providing incorrect information in the initial disclosure or discovery response and exclusion of the information and/or witness should be automatic and mandatory unless the party can show that its violation was either justified or harmless.  *See Elion v. Jackson*, 544 F. Supp. 2d 1, 5 (D.D.C. 2008) ("Rule 37(c)(1) is a self-executing sanction, and the motive or reason for the failure is irrelevant."); *see also Vazquez v. 4011 Prof.*

Case Number: 08-CV-61411-MOORE-TORRES

*Center Condo, Inc.*, 2008 WL 2625526 (S.D. Fla. Mar. 7, 2008) (granting plaintiffs motion to strike "because Defendant has not persuaded the Court that the late disclosure was justified or harmless"); *see also Vaughn v. City of Lebanon*, 18 Fed.Appx. 252, 264 (6th Cir. 2001) (noting that commentary to Rule 37(c)(1) strongly suggests that a harmless violation involves an honest mistake on the part of a party coupled with sufficient knowledge on the part of the other party).

The identity of Roman Volynsky, Pierre Roc, Thomas DeGraaf and Lorna Cummings should have been disclosed with Plaintiff's Initial Disclosures, as Fed. R. 26(a)(1)(A)(i) requires the disclosure of "the name and, if known, the address and telephone number of each individual likely to have discoverable information - along with the subjects of that information - that the disclosing party may use to support its claims or defenses." Plaintiffs have not represented that these are newly discovered witnesses and Plaintiffs presumably have known the identity of these witnesses since the inception of this action. Thus, Plaintiffs' failure to supplement their Initial Disclosures by timely disclosing the identity of these witnesses is neither justified nor harmless and Broward Health will be seriously prejudiced if Plaintiff is permitted to call these witnesses at trial.

**WHEREFORE,** Defendant NORTH BROWARD HOSPITAL DISTRICT d/b/a BROWARD HEALTH respectfully requests that this Court enter an Order granting its Motion and striking Roman Volynsky, Pierre Roc, Thomas DeGraaf and Lorna Cummings from Plaintiffs' Trial Witness List, and for such other and further relief as this Court deems just and proper.

Case Number: 08-CV-61411-MOORE-TORRES

### III.   CERTIFICATE OF CONFERENCE

In accordance with S.D. Fla. L.R. 7.1.A.3., the undersigned counsel certifies that prior to the filing of this Motion, counsel for the Parties have conferred regarding the relief requested in this Motion. However, the Parties have been unable to reach an agreement regarding these issues.

>
> Respectfully submitted,
>
> GREENBERG TRAURIG, P.A.
> Attorneys for Defendant North Broward
> Hospital District d/b/a Broward Health
> 401 East Las Olas Boulevard, Suite 2000
> Fort Lauderdale, Florida  33301-4223
> Telephone:  (954) 765-0500
> Facsimile:   (954) 765-1477
>
> By:   s/ *Kristina L. Arnsdorff*
>       CARAN ROTHCHILD
>       Florida Bar No. 983535
>       rothchildc@gtlaw.com
>       KRISTINA L. ARNSDORFF
>       Florida Bar No. 40596
>       arnsdorffk@gtlaw.com

Case Number:  08-CV-61411-MOORE-TORRES

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 11th day of May, 2009, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

s/ *Kristina L. Arnsdorff*
KRISTINA L. ARNSDORFF

Case Number: 08-CV-61411-MOORE-TORRES

**SERVICE LIST**

**Christopher C. Sharp, Esq.**
SHARP LAW FIRM, P.A.
7350 N.W. 5th Street
Plantation, Florida 33317
Telephone: (954) 617-6017
Facsimile: (954) 617-6018
Email: csharplaw@aol.com

*FTL 107327617v1 May 11, 2009*

**Deleted:** FTL.107,327,6171 092301014700v